1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  ALLISON CLAIRE, Bar #170138
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Petitioner
   MATTHEW LOREN COOK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MATTHEW LOREN COOK,            )   NO. CIV S-02-2240 LKK GGH P
                               )
            Petitioner,        )
                               )   **STIPULATION AND ORDER EXTENDING**
       v.                      )   **TIME FOR OBJECTIONS TO THE**
                               )   **MAGISTRATE JUDGE'S FINDINGS AND**
CAL A. TERHUNE,                )   **RECOMMENDATIONS**
                               )
            Respondent.        )
                               )
_____)

        Petitioner, MATTHEW LOREN COOK, and Respondent, CAL A. TERHUNE, by and through their undersigned counsel, hereby agree and stipulate as follows:

        1.  The Magistrate Judge's Findings and Recommendations was served on August 18, 2006.  Pursuant to its scheduling order and Fed. R. Civ. P. 6(e), the parties objections are accordingly due on September 7, 2006.

        2.  In addition to her ongoing work on this case and her capital cases, counsel for petitioner is presently ill.  She has been out of the office recently due to an on-going medical emergency for a

1  new-born nephew and for the death of a close friend.

2      3.  Given these time constraints, petitioner respectfully
3  requests an extension of time of 22 days, up to and including September
4  29, 2006, in which to file objections to the Magistrate Judge's
5  Findings and Recommendations.

6      4.  Respondent has no objection to this extension of time.

7  Dated:  September 6, 2006
                                     Respectfully submitted,

                                     DANIEL J. BRODERICK
                                     Federal Defender

                                     /s/  Ann C. M<sup>c</sup>Clintock
                                     ANN C. M<sup>c</sup>CLINTOCK for
                                     ALLISON CLAIRE
                                     Assistant Federal Defender
                                     Attorneys for Petitioner
                                     MATTHEW LOREN COOK


                                     BILL LOCKYER
                                     Attorney General

                                     /s/  Ann C. M<sup>c</sup>Clintock
                                     ANN C. M<sup>c</sup>CLINTOCK for
                                     MAUREEN A. DALY
                                     Deputy Attorney General
                                     Attorneys for Respondent
                                     CAL A. TERHUNE

                    * * * * *

**ORDER**

By stipulation of the parties and for good cause shown, petitioner's request for an extension of time to file objections is hereby GRANTED.  The parties objections to the findings and recommendations shall be filed on or before September 29, 2006.

   IT IS SO ORDERED.

Dated: 9/13/06                       /s/ Gregory G. Hollows
                                     HON. GREGORY G. HOLLOWS
cook2240.po                          U.S. Magistrate Judge

2