IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MATTHEW LOREN COOK,

    Petitioner,                    No. CIV-S-02-2240 LKK GGH P

    vs.

ANTHONY LA MARQUE,

    Respondent.                ORDER

_____/

        On August 18, 2006, the undersigned filed Findings and Recommendations, recommending denial of this § 2254 habeas petition.  Pursuant to Judge Karlton's Order, filed March 6, 2007, remanding this matter to the undersigned, the parties are directed to file concurrent briefing, within 20 days of the date of this order, addressing the now appropriate standard set forth in the district judge's order, particularly focusing on whether application of the different standard would alter the outcome.   The parties should also address the issue of whether the Kesser "unreasonableness" standard is more deferential to the state court decision than the "clear and convincing" standard utilized by the undersigned.

        IT IS SO ORDERED.

DATED: 3/13/07

                                      /s/ Gregory G. Hollows

                                      _____
                                      UNITED STATES MAGISTRATE JUDGE

GGH:009 - cook2240.brf