1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MATTHEW LOREN COOK,

11              Petitioner,              No. CIV S-02-2240 LKK GGH P

12         vs.

13   ANTHONY LA MARQUE,

14              Respondent.             <u>ORDER</u>

15   _____/

16              Again, the undersigned is having difficulty analyzing the <u>Batson</u> issue because of

17   the marked out portions of the filed transcript.  No later than Monday, October 22, 2007,

18   respondent shall file a clear copy of pages 1849-1857 inclusive of the Reporters Transcript.

19   DATED: 10/18/07

20                                          /s/ Gregory G. Hollows
     _____
21   GGH:gh:035                            UNITED STATES MAGISTRATE JUDGE
     cook2240.trs
22

23

24

25

26

1