1  DANIEL J. BRODERICK, Bar # 89424
   Federal Defender
2  ALLISON CLAIRE, Bar #170138
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Petitioner
   MATTHEW LOREN COOK
7

8
                IN THE UNITED STATES DISTRICT COURT
9
                FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12
   MATTHEW LOREN COOK,            ) NO. CIV S-02-2240 LKK GGH P
13                                )
            Petitioner,            )
14                                )
        v.                         ) **CERTIFICATE OF APPEALABILITY**
15                                )
   ANTHONY LA MARQUE,             )
16                                )
            Respondent.            )
17                                )
                                   )
18

19      Under authority of Title 28 United States Code section 2253(c) and

20 Federal Rule of Appellate Procedure 22(b)(1), the Court hereby

21 certifies that there is cause for an appeal in the above-entitled case.

22 Accordingly, a certificate of appealability is granted as to the

23 following issues:

24      1.   Did the prosecutor's exercise of peremptory challenges

25 against African-American jurors violate Mr. Cook's constitutional right

26 to a jury selected without racial discrimination, entitling petitioner

27 to habeas relief?

28

*Cook v. LaMarque*                              *Certificate of Appealability*
*CIV S-02-2240 LKK GGH P*

1     2.   Did jury exposure to extrinsic constitute jury misconduct
2 entitling Mr. Cook to habeas relief?
3     IT IS SO ORDERED.
4 Dated:  April 15, 2008

*signature*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT